**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JESSICA ELLIOTT, INDIVIDUALLY**<br>**& O/B/O L.T.T., A.J.T., & C.M.E.**<br>**(MINORS),** | §<br>§<br>§<br>§ | |
| **Plaintiff,** | §<br>§ | |
| **v.** | §<br>§ | **Civil Action No. 4:22-cv-00135-O-BP** |
| **VINCENT TUCKER,** *et al.*, | §<br>§ | |
| **Defendants.** | §<br>§ | |

<u>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**</u>

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case as to Defendants Vincent Tucker and Felicia Sheeley is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** on this **24th day of January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE